UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00017-RLY-MPB |
| | ) | |
| TERRANCE ROBINSON, | ) -01 | |
| | ) | |
| Defendant. | ) | |

Entry for October 31, 2019

Before the Hon. Matthew P. Brookman, Magistrate Judge

This matter is before the Court on a Second Superseding Indictment returned on October 23, 2019.

The government appears by AUSA Frank Dahl. The defendant appears in person and with CJA appointed counsel Conor O'Daniel.

The defendant waives reading of the Indictment in open court and waives formal arraignment. The defendant is advised of his rights, charges, and possible penalties.

Defendant is remanded to the custody of the U. S. Marshal. Court is adjourned.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.